IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| HENRY LOUDERMILK, | § | |
|---|---|---|
| PLAINTIFF, | § | |
| VS. | § | CIVIL NO. 04-4139 |
| GENERAL ELECTRIC RAILCAR REPAIR, | § | |
| DEFENDANT. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, document number 14 in the Court's electronic filing system.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-captioned case be, and hereby is, dismissed with prejudice, each party to bear his or its own costs, expenses and attorneys' fees.

SIGNED this 14th day of November, 2005.

/s/ Harry F. Barnes
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE